```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708
```

FILED
JUN 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF THE SEARCH OF [SEALED] | NO. 2:09-SW-0092 EFB |
| | MOTION AND ORDER TO UNSEAL |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter. Sealing is no longer necessary to protect any ongoing investigation.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 3, 2009    By: /s/ Matt Segal
                           MATTHEW D. SEGAL
                           Assistant U.S. Attorney

SO ORDERED.

DATED: 6/3/09

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge